IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'05 NOV 01 11:45USDC-ORP

| PAVEL NOZDRACHEV, | Civil No. 04-898-PK |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,367.34 pursuant to 28 U.S.C. § 2412 shall be awarded to Plaintiff and paid directly to her attorney.

DATED this 31st day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant